June 30, 2006

Mr. Phillip D. Alexander
Curtis, Alexander, McCampbell & Morris, P.C.
Number One Planters Street
P.O. Box 38
Emory, TX 75440
Mr. James Andrew Bench
Scott, Walker & Bench
2608 Stonewall Street
Greenville, TX 75401

RE: Case Number: 05-0601
 Court of Appeals Number: 05-04-01079-CV
 Trial Court Number: 66,390

Style: SISK UTILITIES, INC.
 v.
 CITY OF GREENVILLE, TEXAS

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and remands the case to the trial court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause. (Justice Willett not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stacey |
| |Landrum |
| |Ms. Lisa Matz |